```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    STANLEY A. BOONE
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00343 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCUSE |
| | ) AUSA BRIAN W. ENOS FROM JURY |
| | ) SERVICE; ORDER |
| v. | ) |
| | ) Trial Date: Oct. 31, 2011 |
| RONALD JOHN SALADO, | ) Time: 8:30 a.m |
| | ) Court: 4 |
| Defendant. | ) (Hon. Lawrence J. O'Neill) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Assistant United States Attorney Brian W. Enos be excused for cause from serving as a juror in this case.

The parties base this stipulation on good cause, in that Mr. Enos (1) works in the same prosecution unit as counsel for the United States, and (2) has been summoned to serve as a juror in this case (Participant No. 100454363). Last week Mr. Enos contacted the jury service coordinator about his summons, and based on that conversation learned that his Participant Number was low enough to render it

likely that he would indeed be required to appear for service.

IT IS SO STIPULATED.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: October 21, 2011   By: /s/ Kirk E. Sherriff
                                      KIRK E. SHERRIFF
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney

                                      Attorneys for the United States

Dated: October 21, 2011     /s/ Frank C. Carson
                                      FRANK C. CARSON
                                      Attorney for Defendant

**ORDER**

IT IS CLEAR THAT THERE IS A CONFLICT IN HIS SERVICE IN THIS CASE, AND TO REQUIRE HIS ATTENDANCE WOULD BE A WASTE OF SCARCE PUBLIC FUNDS. HE IS EXCUSED FROM HIS SERVICE IN THIS CASE.

IT IS SO ORDERED.

**Dated:  October 25, 2011**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE