1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   STANLEY A. BOONE
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:10-CR-00343 LJO |
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES, DEFENDANT RANDAL BURTIS, DEFENDANT ROBERT ADAMS, AND MINTURN NUT CO.; ORDER |
| v. | |
| RANDAL ALFRED BURTIS, and ROBERT MORRIS ADAMS, | |
| Defendants. | |

Plaintiff the United States of America, defendant Randal Alfred Burtis, defendant Robert Morris Adams, and Minturn Nut Co., Inc. ("Minturn"), by and through their respective undersigned counsel of record, hereby stipulate and jointly request that the Court amend the restitution amount owed to Minturn in the judgments as to defendants Burtis and Adams filed December 28, 2011, to reflect settlement payments that these co-defendants made to Minturn prior to the issuance of the judgments.

The judgments filed December 28, 2011 order defendants Burtis and Adams to pay restitution to Minturn in the amount of $1,134,599.59. This amount represents the loss that Minturn incurred

due to the defendants' conduct in this case. However, pursuant to a civil settlement, defendant Adams subsequently repaid to Minturn funds and assets valued at $200,000. Also pursuant to a civil settlement, defendant Burtis subsequently repaid to Minturn funds and assets valued at $100,000. These settlement amounts were paid before the judgments were issued in this case. Minturn agrees that it has received $300,000 from these defendants in repayment for the fraud loss it incurred in this case, resulting in a net loss to Minturn in the amount of $834,599.59.

Accordingly, the United States, defendant Burtis, defendant Adams, and Minturn jointly stipulate and respectfully request that the Court order that the judgments as to defendants Burtis and Adams be amended to reflect that these defendants owe restitution to Minturn, jointly and severally with co-defendant Ronald Salado, in the amount of $834,599.59 (rather than $1,134,599.59). This stipulation is not intended to modify the judgments in any other respect.

Respectfully Submitted,

DATED: 1/24/12   By: /s/ Robert Forkner
                 (authorized on 1/21/12)
                 ROBERT FORKNER
                 Attorney for Defendant
                 RANDAL ALFRED BURTIS

DATED: 1/24/12   By: /s/ Kirk W. McAllister
                 (authorized on 1/24/12
                 KIRK W. McALLISTER
                 Attorney for Defendant
                 ROBERT MORRIS ADAMS

| | | |
|---|---|---|
| DATED: 1/24/12 | By: | /s/ Adam Stewart (authorized on 1/20/12) ADAM STEWART Attorney for MINTURN NUT CO., INC. |
| DATED: 1/24/12 | | BENJAMIN B. WAGNER United States Attorney |
| | By: | /s/ Kirk E. Sherriff KIRK E. SHERRIFF STANLEY A. BOONE Assistant U.S. Attorneys |

**ORDER**

The Court has reviewed and considered the stipulation of the United States, defendant Randal Burtis, defendant Robert Adams, and Minturn Nut Co. to amend the judgments in this case as to defendants Burtis and Adams to correct the restitution amount owed to Minturn Nut Co. For the reasons set forth in the stipulation, it is ordered that the judgments for defendants Burtis and Adams be amended to reflect that these defendants owe restitution to Minturn Nut Co., jointly and severally with co-defendant Ronald Salado, in the amount of $834,599.59 (rather than $1,134,599.59). The judgments are not amended in any other respect.

IT IS SO ORDERED.

**Dated:   January 25, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE